**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

In re:

Karisha Alohlani Davis

Debtor(s).

Case No.: 6:19-bk-18770-WJ

Chapter: 7

Date: 10/07/2019

Time: 11:30 am

Place: United States Bankruptcy Court
Courtroom 304
3420 Twelfth Street
Riverside, CA 92501

## ORDER

Debtor(s) having filed an Application to Pay Filing Fee in Installments and/or Application for Waiver of the Chapter 7 Filing Fee For Individuals Who Cannot Pay the Filing Fee in Full or in Installments (collectively, "Application"), it is

**ORDERED** that Debtor(s) shall appear at a hearing on the Application at the above referenced date, time and place, to present evidence in support thereof, including testimony under oath concerning the grounds therefor; and it is further

**ORDERED** that Debtor(s) failure to appear at the hearing on the Application shall be deemed to constitute consent to denial of the Application, dismissal of this case, and such other relief as the court may deem appropriate, including dismissal with a 180-day bar to refiling.

DATED:    **October 4, 2019**

_____
United States Bankruptcy Judge